## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

MSPA CLAIMS 1, LLC, a Florida limited
liability company, as assignee of Florida
Healthcare Plus, on behalf of itself and all
others similarly situated Medicare Advantage
Organizations in the State of Florida,

    Plaintiff,

v.                                                                                  Case No. _____

HALIFAX HEALTH, INC., d/b/a Halifax
Medical Center, a Florida non-profit
Corporation,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, Halifax Hospital Medical Center ("Halifax"),[1] pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes the above-captioned action to the United States District Court, Southern District of Florida, Miami Division, and in support hereof states as follows:

1. On or about January 3, 2017, Plaintiff, MSPA Claims 1, LLC ("MSPA") filed a Class Action Complaint for Damages ("Complaint") in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2017-000087-CA-01. The Complaint was served on Halifax on January 25, 2017. Copies of all documents filed in the state court action are attached hereto as **Composite Exhibit "1."**

2. The Complaint purports to allege the following three causes of action: (1) Private Cause of Action under the Medicare Secondary Payer Act ("MSP"), 42 U.S.C. § 1395y(b)(3)(A);

---

[1] The Defendant is incorrectly identified in the Complaint as Halifax Health, Inc., d/b/a Halifax Medical Center. However, the correct name of Defendant, a special taxing district of the State of Florida, is Halifax Hospital Medical Center, d/b/a Halifax Health.

(2) violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat § 501.201 *et seq.*; (3) Unjust Enrichment under Florida common law. All of the causes of action asserted in the Complaint arise out of the same common nucleus of operative facts.

3. The Complaint is removable to the United States District Court for the Southern District of Florida. The Court has original federal-question jurisdiction, pursuant to 28 U.S.C. § 1331, over Count 1 of the Complaint because it arises under the Constitution, laws, or treaties of the United States. The Court has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over Counts 2 and 3 of the Complaint because they are so related to Count 1 that they form part of the same case or controversy under Article III of the United States Constitution.

4. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Florida, Miami Division, is the district court of the United States for the district and division embracing the place where the action is pending.

5. This removal is timely because it is effectuated within thirty (30) days of service on the Defendant. 28 U.S.C. § 1446(b).

6. There are no other named defendants in this action.

7. In compliance with 28 U.S.C. § 1446(d), Defendant will promptly give written notice of this removal to all adverse parties and will file a copy of this Notice of Removal with the clerk of the state court.

**WHEREFORE**, Defendant, Halifax Hospital Medical Center, respectfully requests that the entire state court action under Case No. 2017-000087-CA-01 now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, be removed to the United States District Court, Southern District of Florida, Miami Division for all further proceedings.

Respectfully submitted this 23rd day of February, 2017

**HOLLAND & KNIGHT LLP**

/s/ Lawrence J. Hamilton II
Lawrence J. Hamilton, II
Florida Bar No. 335691
Michael M. Gropper
Florida Bar No. 105959
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
(904) 353-2000 (telephone)
(904) 358-1872 (facsimile)
Primary:   larry.hamilton@hklaw.com
           michael.gropper@hklaw.com
Secondary: kathleen.griffith@hklaw.com
           jennie.shiver@hklaw.com

*Attorneys for Defendant, Halifax Hospital Medical Center*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on February 23, 2017, a true and correct copy of the foregoing was served by **Electronic Mail** on the foregoing recipients:

John H. Ruiz, Esq.
Frank C. Quesada, Esq.
Gino Moreno, Esq.
Christopher Miranda, Esq.
MSP RECOVERY LAW FIRM
5000 SW 75th Avenue, Suite 400
Miami, Florida 33155

*Attorneys for Plaintiff*

/s/ Lawrence J. Hamilton II
Attorney

#49597396_v2